No. 79–396. Rose et al. v. Bradley, Mayor of Los Angeles, et al. C. A. 9th Cir. Certiorari denied. 

No. 79–400. Georgia et al. v. Freeman. C. A. 5th Cir. Certiorari denied. 

No. 79–429. Lucky Stores, Inc. v. Village of Lombard. C. A. 7th Cir. Certiorari denied. 

No. 79–432. El Camino Community College District et al. v. United States. C. A. 9th Cir. Certiorari denied. 

No. 79–449. Turcio v. Connecticut. Sup. Ct. Conn. Certiorari denied. 

No. 79–464. Ostrow v. United States. C. A. 2d Cir. Certiorari denied. 

No. 79–477. First State Bank of Hudson County v. United States. C. A. 3d Cir. Certiorari denied. 

No. 79–508. Amoco Production Co. v. Federal Energy Regulatory Commission. C. A. 5th Cir. Certiorari denied. 

No. 79–515. American Security Council Education Foundation v. Federal Communications Commission et al. C. A. D. C. Cir. Certiorari denied. 

No. 79–518. Terkel v. Webster, Director, Federal Bureau of Investigation, et al. C. A. 7th Cir. Certiorari denied. 

No. 79–535. Lampkin-Asam v. Supreme Court of Florida. C. A. 5th Cir. Certiorari denied.